**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor**<br>First Name | **Hugo**<br>Middle Name | **Sanchez**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$200,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | **$14,693.83** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | **$214,693.83** |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$1,286,890.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+** | **$654,137.00** |
| | **Your total liabilities** | **$1,941,027.00** |

### Part 3:    Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................... | **$3,500.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J......................................................................... | **$3,720.00** |

Debtor 1   __Victor Hugo Sanchez_____   Case number (if known) __21-51206_____

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7. **What kind of debt do you have?**

    ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.      _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| From Part 4 on *Schedule E/F*, copy the following: | |
| 9a. Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d. Student loans.  (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + _____ |
| 9g. Total.   Add lines 9a through 9f. | _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1   __Victor__        __Hugo__          __Sanchez__
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number   __21-51206__
(if known)

☐ Check if this is an
   amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**
3309 Kent Lane, McAllen, TX
subject to unpaid principal and
arrearage which total $567,322

house and lot, rental property, tenant
in default
total value $400,000, community
property

__Hidalgo__
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:  _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the        Current value of the
entire property?            portion you own?

$200,000.00                 $200,000.00

Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.

fee simple _____

☐ Check if this is community property
   (see instructions)

Debtor 1    **Victor Hugo Sanchez**                                     Case number (if known)   **21-51206**

---

| 1.2. | What is the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|

**1.2.**

**Unit 101 , 3 bedroom, located at Royal Resorts, Puerto Morelos, Quintana Roo, Mexico, three weeks**

**owned through SM3 Investments, subject to claims**

County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

$0.00                                       $0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate, if known.**

fractional _____

☐ **Check if this is community property** (see instructions)

**Subject to claim for funds advanced by Bioalternative Health/Carlos Esparza: $454,210, recorded in Mexico**
**Subject to minimum sale price clause, not to be sold for less than $592,200.00, subject to unpaid maintenance fees**

---

**1.3.**

**timeshare Vail Colorado subject to offset for unpaid fees, $1500, estimated value $4000**

County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

Unknown                                   Unknown

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate, if known.**

fractional _____

☐ **Check if this is community property** (see instructions)

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................** →    **$200,000.00**

Debtor 1 __Victor Hugo Sanchez__      Case number (if known) __21-51206__

| Part 2: | **Describe Your Vehicles** |

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................. →    **$0.00**

| Part 3: | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... | furniture, appliances, beds, couches, dining room, living room and bedroom furniture, kitchenware total value $8,000.00 |    **$4,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... | 2 tvs $300, 2 cell phones $200, Viao computer $50, ipad $50 total value $600, 1/2 interest |    **$300.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... | See continuation page(s). |    **$8,075.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

Debtor 1  __Victor Hugo Sanchez_____  Case number (if known) __21-51206____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....

| personal clothing | $200.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....

| wife's two rings $3000, wife's Seiko Citizen watch $200, 1/2 interest | $1,600.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................. →**

| $14,175.00 |
|---|

## Part 4:  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...................................................................................................... Cash: ......................... $50.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | Checking account Chase Bank xxxx444<br>negative balance due to garnishments filed against account<br>balance shows -$594673.00 | $0.00 |
| 17.2. | Checking account: | Checking account Lone Star Bank xxxx0014 | $74.28 |
| 17.3. | Checking account: | Checking account Rio Bank xxx673<br>(SM3 Investments)<br>subject to garnishment balance shown: -$481,993.00 | $0.00 |
| 17.4. | Checking account: | Checking account Lone Star Bank xxxx111<br>Chioggia Oil & Gas | $16.54 |

Debtor 1   __Victor Hugo Sanchez_____     Case number (if known) __21-51206_____

| | | |
|---|---|---|
| 17.5. | Checking account: | **Checking account Vantage Bank**<br>**SM3 Ventures xxx2170** | **$48.01** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them........................... 

| Name of entity: | % of ownership: | |
|---|---|---|
| **SM3 Investments, Ltd**<br>Entity owns timeshare interest in real property located in Puerto Morelos, Mexico. Interest is subject to claims for advances of funds by Carlos Esparza which total $454,201 minimum price for conveyance $592,000,<br>**Asset is bank account at Rio Bank xxxx0673**<br>**Balance -$481,993** | 50% | $0.00 |
| **SM3 Ventures, LLC**<br>owned a sports club in McAllen, destroyed by fire in 2010, sole remaining asset is Vantage Bank checking account xxxx170 with balance of $-21.82 | 50% | $0.00 |
| **SM3 Entertainment, LLC**<br>not operating, valueless | 50% | $0.00 |
| **Chioggio Oil & Gas, LLC,sole asset consists of Lone Star Bank checking account xxxx6111 balance of $36.54 as of July 2021** | 50% | $0.00 |
| **Finek Texas Ltd, forfeited existence in 2018** | 9% | $0.00 |
| **VH2A3 Investments, LLC**<br>general partner of SM3 Investments, Ltd.<br>**No assets** | 100% | $0.00 |
| **Ricchi Produce, LLC, indirectly owned through SM3 Investments, Ltd.**<br>formed to purchase real property at 505 E. Travis, San Antonio, TX in 2014<br>**Property sold in 2017, no other assets** | 50% | $0.00 |
| **Citadel SA Plaza, LLC, owned through SM3 Investments, Ltd.**<br>owned real property at 4455 Walzem Road<br>**interest surrendered in 2019 no value** | 50% | $0.00 |
| **Financial Managment International, Inc.**<br>forfeited August 2018 | | $0.00 |

Debtor 1    **Victor Hugo Sanchez**                                    Case number (if known)  **21-51206**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
    information about
    them........................  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans

    ☑ No
    ☐ Yes. List each
    account separately.    Type of account:      Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................          Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
    **powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
    information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information                                      Federal: _____
    about them, including whether
    you already filed the returns                                         State: _____
    and the tax years......................
                                                                          Local: _____

Debtor 1    __Victor Hugo Sanchez__    Case number (if known)  __21-51206__

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information    **amount owed by Rafael Sanchez (Victor's father, resides in Mexico) for funds advanced over four years ago, $5700, uncollectible.**                  $0.00

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.............    Company name:            Beneficiary:            Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........    **counterclaim for three years unpaid rent due from Paul Faure, current lessee of 3309 Kent Lane, unliquidated, valueless**                  $0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................... ➔    **$188.83**

**Part 5:    Describe Any Business-Related Property You Own or Have an interest in.  List any real estate in Part 1.**

**37.** Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1  **Victor Hugo Sanchez** _____  Case number (if known) **21-51206**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                     % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes.  Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................➔   $0.00

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

Debtor 1   **Victor Hugo Sanchez**       Case number (if known)   **21-51206**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes.... | 15 chickens @ $20 each |     $300.00

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................ | |

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... | |

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☑ Yes.... | feed for chickens |     $30.00

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................ | |

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**............................................................... ➜ | **$330.00** |

**Part 7:  Describe All Property You Own or Have an Interest In That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here**............................................. ➜ | **$0.00** |

Debtor 1 __Victor Hugo Sanchez__                                    Case number (if known) __21-51206__

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................➔  __$200,000.00__

56. **Part 2: Total vehicles, line 5**                      __$0.00__

57. **Part 3: Total personal and household items, line 15**            __$14,175.00__

58. **Part 4: Total financial assets, line 36**                __$188.83__

59. **Part 5: Total business-related property, line 45**          __$0.00__

60. **Part 6: Total farm- and fishing-related property, line 52**      __$330.00__

61. **Part 7: Total other property not listed, line 54**        +__$0.00__

62. **Total personal property.**   Add lines 56 through 61 ...............  __$14,693.83__    Copy personal property total ➔  +__$14,693.83__

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62 ....................................................  __$214,693.83__

Debtor 1   **Victor Hugo Sanchez** _____   Case number (if known)  **21-51206** _____

8.  Collectibles of value (details):

antique coins Juarez $150, 2 peso gold coin $500                                              **$325.00**
1/2 Interest

Joaquin Claussel painting not original made by his students (1/2 interest), $1500 estimated value          **$750.00**

Joaquin Claussel painting not original made by his students in Mexico (1/2 interest),  believed to          **$0.00**
be in Mexico specific location unknown

Luis Sottil "Panther" #19/40, numbered series                                                **$4,000.00**
50" x 70" (1/2 interest) estimated total value $8000

Luis Sottil "Vines" one of a numbered series 20" x 20" (1/2) interest estimated total value $3000          **$1,500.00**

Luis Sottil "Lions"  20" x 20" one of a numbered series (1/2 interest) $3000                        **$1,500.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor**<br>First Name | **Hugo**<br>Middle Name | **Sanchez**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>**furniture, appliances, beds, couches, dining room, living room and bedroom furniture, kitchenware total value $8,000.00**<br>Line from *Schedule A/B*:    **6** | **$4,000.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Brief description:**<br>**2 tvs $300, 2 cell phones $200, Viao computer $50, ipad $50 total value $600, 1/2 interest**<br>Line from *Schedule A/B*:    **7** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1   __Victor Hugo Sanchez__                                    Case number (if known)   __21-51206__

| Part 2: | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**antique coins Juarez $150, 2 peso gold coin $500**<br>**1/2 interest**<br>Line from *Schedule A/B*: __8__ | $325.00 | ☑ __$325.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Joaquin Claussel painting not original made by his students (1/2 interest), $1500 estimated value**<br>Line from *Schedule A/B*: __8__ | $750.00 | ☑ __$750.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Joaquin Claussel painting not original made by his students in Mexico (1/2 interest), believed to be in Mexico specific location unknown**<br>Line from *Schedule A/B*: __8__ | $0.00 | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Luis Sottil "Panther" #19/40, numbered series**<br>**50" x 70" (1/2 interest) estimated total value $8000**<br>Line from *Schedule A/B*: __8__ | $4,000.00 | ☑ __$4,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Luis Sottil "Vines" one of a numbered series 20" x 20" (1/2) interest estimated total value $3000**<br>Line from *Schedule A/B*: __8__ | $1,500.00 | ☑ __$1,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Luis Sottil "Lions" 20" x 20" one of a numbered series (1/2 interest) $3000**<br>Line from *Schedule A/B*: __8__ | $1,500.00 | ☑ __$1,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**personal clothing**<br><br>Line from *Schedule A/B*: __11__ | $200.00 | ☑ __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**wife's two rings $3000, wife's Seiko Citizen watch $200, 1/2 interest**<br>Line from *Schedule A/B*: __12__ | $1,600.00 | ☑ __$1,600.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

| Debtor 1 | **Victor Hugo Sanchez** | | Case number (if known) | **21-51206** |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B that lists this property* | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| **Brief description:**<br>**$50 on person**<br>Line from *Schedule A/B*: __16__ | **$50.00** | ☑ __$50.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**Checking account Chase Bank xxxx444 negative balance due to garnishments filed against account balance shows - $594673.00**<br>Line from *Schedule A/B*: __17.1__ | **$0.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**Checking account Lone Star Bank xxxx0014**<br>Line from *Schedule A/B*: __17.2__ | **$74.28** | ☑ __$74.28__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**Checking account Rio Bank xxx673 (SM3 Investments) subject to garnishment balance shown: - $481,993.00**<br>Line from *Schedule A/B*: __17.3__ | **$0.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**Checking account Lone Star Bank xxxx111**<br>**Chioggia Oil & Gas**<br>Line from *Schedule A/B*: __17.4__ | **$16.54** | ☑ __$16.54__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**Checking account Vantage Bank SM3 Ventures xxx2170**<br>Line from *Schedule A/B*: __17.5__ | **$48.01** | ☑ __$48.01__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**15 chickens @ $20 each**<br>Line from *Schedule A/B*: __47__ | **$300.00** | ☑ __$300.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>**feed for chickens**<br>Line from *Schedule A/B*: __50__ | **$30.00** | ☑ __$30.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Hugo** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | $454,210.00 | $0.00 | $454,210.00 |

**Carlos Esparza/Bio Alternative Healtl**
Creditor's name
**America No. 23 Col. Echegaray**
Number     Street
**Naucalpan de Juarez 53300**

**owned through SM3 Investments, subject to claims**

**Ciudad de Mexico, Mexico**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City                    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

**$454,210.00**

Debtor 1    **Victor Hugo Sanchez**                                              Case number (if known)  **21-51206**

| | Part 1: | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|

---

**2.2**

**Fay Servicing LLC**
Creditor's name
**1601 Lbj Freeway**
Number    Street

**Farmers Branch  TX  75234**
City                State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
   to a community debt

Date debt was incurred   **12/01/2006**

Describe the property that
secures the claim:
**house and lot, rental property,
tenant in default**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Conventional Real Estate Mortgage**

Last 4 digits of account number   **7   4   5   7**

| Column A | Column B | Column C |
|---|---|---|
| $567,322.00 | $200,000.00 | $367,322.00 |

---

**2.3**

**Internal Revenue Service**
Creditor's name
**P.O. Box 7346**
Number    Street

**Philadelphia    PA   19101-7346**
City                State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates
   to a community debt

Date debt was incurred   **2016**

Describe the property that
secures the claim:
**per 26 USC 6321**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **1040 Taxes**

Last 4 digits of account number   ___ ___ ___ ___

| Column A | Column B | Column C |
|---|---|---|
| $265,358.00 | $0.00 | $265,358.00 |

**2015 1040 Taxes, return timely filed, underlying debt is dischargeable**

---

Add the dollar value of your entries in Column A on this page. Write
that number here:

**$832,680.00**

Debtor 1    **Victor Hugo Sanchez**      Case number (if known)   **21-51206**

| | **Part 1:** **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

| 2.4 | Describe the property that secures the claim: | $0.00 | $200,000.00 | |
|---|---|---|---|---|

**Wilmington Savings Fund Society**
Creditor's name
**Indenture Trustee Citigroup 2015A**
Number   Street
**500 Delaware Ave., 11th Floor**

real property 3309 Kent Lane, **McAllen**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**    **DE**   **19801**
City      State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred      Last 4 digits of account number   ___ ___ ___ ___

in 2019 became assignee of 2006 home equity loan with Fremont Savings. serviced by Fay Servicing

Add the dollar value of your entries in Column A on this page. Write that number here:

| $0.00 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $1,286,890.00 |
|---|

**Fill in this information to identify your case:**

Debtor 1      **Victor**          **Hugo**          **Sanchez**
              First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **21-51206**
(if known)

☐ Check if this is an
  amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name

Number     Street

City                State    ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1   **Victor Hugo Sanchez**                           Case number (if known)   **21-51206**

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** | | **$50,707.00** |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**PO Box 981537**
Number        Street

**El Paso**          **TX**    **79998**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   4   5   3**

When was the debt incurred?    **11/1983**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| **4.2** | | **$51,997.00** |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**PO Box 981537**
Number        Street

**El Paso**          **TX**    **79998**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8   0   0   7**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1    **Victor Hugo Sanchez**         Case number (if known)   **21-51206**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

   $5,459.00

**4.3**

**Amex**
Nonpriority Creditor's Name
**PO Box 981537**
Number    Street

**El Paso**      **TX**    **79998**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3**   **0**   **0**   **7**
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

---

   $3,297.00

**4.4**

**Aspen National Collections**
Nonpriority Creditor's Name
**PO Box 10689**
Number    Street

**Brooksville**      **FL**    **34603-0689**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - Raintree Vacations**

---

   $4,086.00

**4.5**

**Bank Of America**
Nonpriority Creditor's Name
**PO Box 982238**
Number    Street

**El Paso**      **TX**    **79998**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4**   **9**   **4**   **8**
**When was the debt incurred?**    **02/1995**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

---

Debtor 1    **Victor Hugo Sanchez**                                              Case number (if known) **21-51206**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.6**                                                                                                              **$24,042.00**

**Chase Bankruptcy Notice**                            Last 4 digits of account number    4   5   1   7
Nonpriority Creditor's Name
**PO Box 15145**                                           When was the debt incurred?
Number      Street
                                                          As of the date you file, the claim is: Check all that apply.
                                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

**Wilmington**                **DE**     **19850**
City                          State    ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?     Check one.
☑ Debtor 1 only                                          ☐ Student loans
☐ Debtor 2 only                                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify
☐ Check if this claim is for a community debt               **Chase Sapphire Card**

Is the claim subject to offset?
☑ No
☐ Yes

**4.7**                                                                                                              **$6,589.00**

**Chase Bankruptcy Notice**                            Last 4 digits of account number    1   3   1   1
Nonpriority Creditor's Name
**PO Box 15145**                                           When was the debt incurred?
Number      Street
                                                          As of the date you file, the claim is: Check all that apply.
                                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

**Wilmington**                **DE**     **19850**
City                          State    ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?     Check one.
☑ Debtor 1 only                                          ☐ Student loans
☐ Debtor 2 only                                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify
☐ Check if this claim is for a community debt               **Chase Ink Card**

Is the claim subject to offset?
☑ No
☐ Yes

**4.8**                                                                                                              **$78.00**

**Credmgmtcntl**                                        Last 4 digits of account number    6   3   4   6
Nonpriority Creditor's Name
**P.o. Box 1654**                                          When was the debt incurred?    **04/15/2016**
Number      Street
                                                          As of the date you file, the claim is: Check all that apply.
                                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

**Green Bay**                 **WI**     **54301**
City                          State    ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?     Check one.
☑ Debtor 1 only                                          ☐ Student loans
☐ Debtor 2 only                                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify
☐ Check if this claim is for a community debt               **gas card**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F               Schedule E/F: Creditors Who Have Unsecured Claims                    page 4

Debtor 1    **Victor Hugo Sanchez**                                 Case number (if known)  **21-51206**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

| **$482,202.00** |

| 4.9 |

**Doctor's Hospital at Renaissance Ltd.**
Nonpriority Creditor's Name
**c/o Michael A. McGurk**
Number    Street
**Walsh McGurk Cordova Nixon**

**1506 S. Lone Star Way, Ste 10**

**Edinburg**              **TX**    **78539**
City                      State   ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Arbitration award**

| 4.10 |

| $0.00 |

**FDS Luxury Auto**
Nonpriority Creditor's Name
**600 Sandau Rd. #700**
Number    Street

**San Antonio**           **TX**    **78216**
City                      State   ZIP Code
Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **borrowing vehicle from FDS**

| 4.11 |

| $115.00 |

**Huelson Law**
Nonpriority Creditor's Name
**16007 Brookfield St**
Number    Street

**Olathe**                **KS**    **66062**
City                      State   ZIP Code
Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **2  1  2  0**
When was the debt incurred?    **09/20/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **lease**

Debtor 1  **Victor Hugo Sanchez**                    Case number (if known) **21-51206**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

$24,612.00

**4.12**

**Jpmcb Card**
Nonpriority Creditor's Name
**Po Box 15369**
Number    Street

**Wilmington**       **DE**    **19850**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4  5  1  7**
When was the debt incurred?  **05/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.13**

**Unknown**

**Paul Faure**
Nonpriority Creditor's Name
**3309 Kent Lane**
Number    Street

**McAllen**        **TX**    **78503**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**lawsuit pending for breach of contract**

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **lawsuit**

Debtor 1    Victor Hugo Sanchez _____     Case number (if known) __21-51206__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
| --- |

### 4.14

| | $0.00 |

**RGV Med, LLC**
Nonpriority Creditor's Name
**c/o Michael A. McGurk**
Number      Street
**Walsh McGurk Cordova Nixon**

**1506 S. Lone Star Way, Ste 10**

**Edinburg**            **TX**    **78539**
City                         State     ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prevailing party in arbitration**

### 4.15

| | Unknown |

**Robert Chaiken**
Nonpriority Creditor's Name
**Chaiken & Chaiken**
Number      Street
**5717 Legacy Dr. Ste. 250**

**Plano**               **TX**    **75024**
City                         State     ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorneys' fees**

### 4.16

| | $550.00 |

**Sandstone Creek Club Condo Assn**
Nonpriority Creditor's Name
**1020 Vail View Drive**
Number      Street

**Vail**                **CO**    **81657-4495**
City                         State     ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _t_ _4_ _1_ _0_

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Fees**

Debtor 1    **Victor Hugo Sanchez** _____    Case number (if known) __**21-51206**__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$403.00**

4.17

**Tam/spearsdh**
Nonpriority Creditor's Name
**4115 Medical Drive**
Number    Street

_____

**San Antonio**          **TX**    **78229**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   3   6   9**
When was the debt incurred?    **02/17/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bill**

Debtor 1    Victor Hugo Sanchez                                    Case number (if known)  21-51206

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Internal Revenue Service**
Name
**Special Procedures Staff**
Number      Street
**Stop 5022 AUS**

**300 East 8th Street**

**Austin**          **TX**      **78701**
City              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Internal Revenue Service**
Name
**c/o United States Attorney**
Number      Street
**601 NW Loop 410 Ste. 600**

**San Antonio**      **TX**      **78216**
City              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Michael A. McGurk**
Name
**Walsh McGurk Cordova Nixon**
Number      Street
**1506 S. Lone Star Way, Ste 10**

**Edinburg**        **TX**      **78539**
City              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Paul Faure**
Name
**c/o Rolando Cantu Attorney**
Number      Street
**1111 West Nolana Ave**

**McAllen**         **TX**      **78504**
City              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Ricardo Pumarejo, Jr.**
Name
**Pumarejo Law**
Number      Street
**4801 Sage Hen Dr.**

**Austin**          **TX**      **78727**
City              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1  **Victor Hugo Sanchez** _____  Case number (if known) __21-51206__

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
     28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|   |   |   | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| | 6d. Other.  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| | 6e. Total.  Add lines 6a through 6d. | 6d. | $0.00 |

|   |   |   | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| | 6i. Other.  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $654,137.00 |
| | 6j. Total.  Add lines 6f through 6i. | 6j. | $654,137.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Hugo** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1  **Erick Mendoza**<br>Name<br>**16414 San Pedro**<br>Number  Street<br><br>**San Antonio**          **TX**    **78232**<br>City          State   ZIP Code | **lease of residence at 7835 Smokey View, Boerne, Texas, month to month, oral lease**<br>**Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Hugo** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☑ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

| 3.1 | **Ana Maria Sanchez** | ☑ Schedule D, line **2.3** |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | **7835 Smokey View** | ☐ Schedule G, line _____ |
| | Number    Street | **Internal Revenue Service** |
| | **Boerne**     **TX**     **78015** | |
| | City     State     ZIP Code | |

| 3.2 | **Ana Maria Sanchez** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line **5.4** |
| | Number    Street | ☐ Schedule G, line _____ |
| | | **Paul Faure** |
| | City     State     ZIP Code | |

Debtor 1 __Victor Hugo Sanchez__                Case number (if known) __21-51206__

## Additional Page to List More Codebtors

Column 1: Your codebtor                         Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

| 3.3 | __SM3 Investments, LLC__ |
| --- | --- |
| | Name |
| | Number     Street |
| | City               State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.9__
☐ Schedule G, line _____
**Doctor's Hospital at Renaissance Ltd.**

| 3.4 | __Spouse Name Not Entered__ |
| --- | --- |
| | Name |
| | Number     Street |
| | City               State      ZIP Code |

☑ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Carlos Esparza/Bio Alternative Health**

| 3.5 | __Spouse Name Not Entered__ |
| --- | --- |
| | Name |
| | Number     Street |
| | City               State      ZIP Code |

☑ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Internal Revenue Service**

**Fill in this information to identify your case:**

| Debtor 1 | Victor | Hugo | Sanchez |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

<u>Official Form 106I</u>

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | self employed | |
| Employer's name | | | |
| Employer's address | | 7835 Smokey Trail | |
| | | Number  Street | Number  Street |
| | | | |
| | | | |
| | | **Boerne**   **TX**   **78015** | |
| | | City   State  Zip Code | City   State  Zip Code |

How long employed there? **40**  _____   _____

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

| Debtor 1 | **Victor Hugo Sanchez** | | Case number (if known) | **21-51206** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ | 4. | $0.00 | $0.00 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |

| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

**8. List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
|---|---|---|---|---|
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify:  **Fenik & Chioggia** | 8h. + | $1,500.00 | $0.00 |

| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,500.00 | $0.00 |

| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,500.00 | + $0.00 | = $1,500.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify:  **spouse's income** | 11. + | $2,000.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.**

| | 12. | $3,500.00 |
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor**<br>First Name | **Hugo**<br>Middle Name | **Sanchez**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **WESTERN DISTRICT OF TEXAS** | |
| Case number<br>(if known) | **21-51206** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4. _____

   4a. Real estate taxes      4a. **$450.00**

   4b. Property, homeowner's, or renter's insurance      4b. _____

   4c. Home maintenance, repair, and upkeep expenses      4c. **$400.00**

   4d. Homeowner's association or condominium dues      4d. _____

Debtor 1  **Victor Hugo Sanchez**                         Case number (if known)  **21-51206**

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. _____ |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. _____ **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. _____ **$50.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$270.00** |
| | 6d. Other. Specify: _____ | 6d. _____ |
| 7. | Food and housekeeping supplies | 7. _____ **$800.00** |
| 8. | Childcare and children's education costs | 8. _____ |
| 9. | Clothing, laundry, and dry cleaning | 9. _____ **$50.00** |
| 10. | Personal care products and services | 10. _____ **$100.00** |
| 11. | Medical and dental expenses | 11. _____ **$420.00** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ **$350.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. _____ |
| 14. | Charitable contributions and religious donations | 14. _____ |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ **$280.00** |
| | 15c. Vehicle insurance | 15c. _____ |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | Taxes.  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. _____ |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. _____ |

Debtor 1   **Victor Hugo Sanchez**              Case number (if known)   **21-51206**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21. Other. Specify:** <u>payments for repairs to house</u>      21.   +     **$350.00**

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,720.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$3,720.00** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,500.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$3,720.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($220.00)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Victor | Hugo | Sanchez |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................. **$200,000.00**

    1b. Copy line 62, Total personal property, from Schedule A/B...................................................... **($1,061,972.17)**

    1c. Copy line 63, Total of all property on Schedule A/B............................................................. **($861,972.17)**

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$1,286,890.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$654,137.00**

    **Your total liabilities** **$1,941,027.00**

### Part 3: Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.............................................................. **$3,500.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J...................................................................... **$3,720.00**

Debtor 1    **Victor Hugo Sanchez**          Case number (if known)   **21-51206**

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F,* copy the following:** | |
   | 9a. Domestic support obligations. (Copy line 6a.) | _____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
   | 9d. Student loans. (Copy line 6f.) | _____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
   | 9g. **Total.** Add lines 9a through 9f. | _____ |

**Fill in this information to identify your case:**

Debtor 1    __Victor__    __Hugo__    __Sanchez__
           First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number    __21-51206__
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Victor Hugo Sanchez, Debtor 1

Date 10/11/2021
     MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
     MM / DD / YYYY

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Victor** First Name | **Hugo** Middle Name | **Sanchez** Last Name |
|---|---|---|---|
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **21-51206**

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**
  ☑ Married
  ☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**
  ☐ No
  ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **2 Links Green** Number     Street | From  **June 2018** To   **October 2019** | Number     Street | From To |
| **San Antonio**      **TX   78257** City               State   ZIP Code | | City                       State   ZIP Code | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
  ☑ No
  ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Victor Hugo Sanchez**                                    Case number (if known) __21-51206__

| Part 2: | Explain the Sources of Your Income |
| --- | --- |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $4,000.00 (est.) | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $30,000.00 (est.) | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $6,133.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | **Sources of income**<br>Describe below. | **Gross income**<br>from each source<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | excess foreclosure proce | $10,200.00 | | |
| | | | | |
| | | | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | | | | |
| | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | | | | |
| | | | | |

Debtor 1    __Victor Hugo Sanchez_____    Case number (if known) __21-51206_____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ **No.** Go to line 7.

☑ **Yes.** List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**   Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| __American Express_____ <br> Creditor's name <br> __PO Box 981537_____ <br> Number    Street | | __$11,664.00__ <br> **July 2021 paid** | __$53,000.00__ <br> **from Chase Checking xxx** | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| __El Paso_____ __TX__ __79998__ <br> City                              State    ZIP Code | | | | ☐ Other _____ |

**7.   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ **No**
☐ **Yes.** List all payments to an insider.

Debtor 1    Victor Hugo Sanchez                 Case number (if known)   21-51206

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Doctor's Hospital v Victor Sanchez et al.**<br><br>Case number   **C-3056-F** | garnishment proceeding | **District Court Hidalgo County**<br>Court Name<br><br>Number   Street<br><br><br>City      State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Victor Sanchez v Doctor's Hospital**<br><br>Case number   **01-17-0002-8964** | arbitration, defendant prevailed on counterclaim vs. Victor Sanchez, entered arbitration award against Victor Sanchez for $435880.21 in attorneys' fees and $46322.77 in expenses | **American Arbitration Association**<br>Court Name<br><br>Number   Street<br><br><br>City      State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Victor Sanchez v Doctor's Hospital**<br><br>Case number   **13-19-00365-CV** | appeal of arbitration award, award upheld on appeal | **Court of Appeals 13th District**<br>Court Name<br><br>Number   Street<br><br>**Corpus Christi**    **TX**<br>City      State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Paul Faure et al. v. Victor Sanchez**<br><br>Case number   **C-0575-19-B** | breach of contract | **District Court Hidalgo County**<br>Court Name<br><br>Number   Street<br><br>**Edinburg**    **TX**    **78501**<br>City      State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| | |
|---|---|
| Debtor 1 **Victor Hugo Sanchez** | Case number (if known) **21-51206** |

| Case title **Doctor's Hospital v Sanchez & Rio Bank** | Nature of the case **application for writ of garnishment** | Court or agency **Hidalgo County District Court** Court Name **100 N. Closner** Number Street | Status of the case ☐ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|
| Case number **C-2512-21-F** | | **Edinburg** **TX** **78539** City State ZIP Code | |

| Case title **Doctor's Hospital v Sanchez & Chase Bank** | Nature of the case **application for writ of garnishment** | Court or agency **Hidalgo County District Court** Court Name **100 N. Closner** Number Street | Status of the case ☐ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|
| Case number **C-2514-21-F** | | **Edinburg** **TX** **78539** City State ZIP Code | |

| Case title **Doctor's Hospital v Sanchez & Chase Bank** | Nature of the case **application for writ of garnishment** | Court or agency **Hidalgo County District Court** Court Name **100 N. Closner** Number Street | Status of the case ☐ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|
| Case number **C-3056-21-F** | | **Edinburg** **TX** **78539** City State ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property **bank account - Rio Bank** | Date ɪugust 4, 202' | Value of the property $1,200.00 |
|---|---|---|---|
| **Doctor's Hospital at Renaissance** Creditor's Name **c/o Walsh McGurk Cordova Nixon** Number Street **1506 S. Lone Star Way, Ste 10** **Edinburg** **TX** **78539** City State ZIP Code | Explain what happened ☐ Property was repossessed. ☐ Property was foreclosed. ☑ Property was garnished. ☐ Property was attached, seized, or levied. | | |

| | Describe the property **bank account - Chase Bank (first garnishment)** | Date **July 13, 2021** | Value of the property |
|---|---|---|---|
| **Doctor's Hospital at Renaissance** Creditor's Name **c/o Walsh McGurk Cordova Nixon** Number Street **1506 S. Lone Star Way, Ste 10** **Edinburg** **TX** **78539** City State ZIP Code | Explain what happened ☐ Property was repossessed. ☐ Property was foreclosed. ☑ Property was garnished. ☐ Property was attached, seized, or levied. | | |

Debtor 1    **Victor Hugo Sanchez**    Case number (if known)  **21-51206**

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Doctor's Hospital at Renaissance** <br> Creditor's Name | **bank account - Chase Bank (second garnishment)** | ugust 2, 202 | $8,988.97 |
| **c/o Walsh McGurk Cordova Nixon** <br> Number    Street | | | |
| **1506 S. Lone Star Way, Ste 10** | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Edinburg**        **TX**    **78539** | ☑ Property was garnished. | | |
| City                State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Palm Financial Services** <br> Creditor's Name | **Disney timeshare** | **July 2021** | $2,300.00 |
| **c/o Manley Deas Kochalski** <br> Number    Street | | | |
| **PO Box 165028** | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☑ Property was foreclosed. | | |
| **Columbus**        **OH**    **43216** | ☐ Property was garnished. | | |
| City                State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1 __Victor Hugo Sanchez__                                      Case number (if known) __21-51206__

| Part 7: | List Certain Payments or Transfers |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| __Michael O'Connor Attorney__<br>Person Who Was Paid |  |  |  |
| __921 Proton Road__<br>Number Street |  | __08/2021__ | __$7,500.00__ |
| __San Antonio___ __TX__ __78258__<br>City State ZIP Code |  |  |  |
| _____<br>Email or website address |  |  |  |
| __advanced from son__<br>Person Who Made the Payment, if Not You |  |  |  |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| __Leobardo Trevino__<br>Person Who Received Transfer | **50% interest in Citadel SA** | **debtor surrendered SM3's 50%** | __2019__ |
| __17902 La Cantera Plaza__<br>Number Street | **Plaza, located at 4555 Walzem Rd. owner financed, debtor owned the interest through SM3 Investments.** | **interest due to defaults under owner finance agreement** |  |
| __San Antonio___ __TX__ __78257__<br>City State ZIP Code |  |  |  |
| Person's relationship to you __former partner__ |  |  |  |

| Debtor 1 | **Victor Hugo Sanchez** | | Case number (if known) | **21-51206** |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ricardo Gonzalez** <br> Person Who Received Transfer | **50% interest in Hyglene Merit LLC sold in 2019** | **$60,000, proceeds used for living expenses** | **March 2019** |
| Number    Street | | | |
| **McAllen**        **TX** <br> City        State        ZIP Code | | | |
| Person's relationship to you **co-member of LL** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **First National Acceptance Company** <br> Person Who Received Transfer | **loss on sale of note for 999 S.W. 1st Ave, Miami, FL** | **note with cost of $800,00 value of sold for $520,000, proceeds remitted to secured lender shown on Schedule D of SM3 Investment 2019 1065** | **August 2019** |
| **241 E. Saginaw** <br> Number    Street | | | |
| **PO Box 980** | | | |
| **East Lansing**        **MI**    **44826** <br> City        State        ZIP Code | | | |
| Person's relationship to you **none** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Borro New York** <br> Person Who Received Transfer | **pledge of two watches to online lender, lender has possession of watches,** | **$9500** | **2020** |
| **110 W. 40th Ste. 2102** <br> Number    Street | | | |
| **New York**        **NY**    **10018** <br> City        State        ZIP Code | | | |
| Person's relationship to you **none** | | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Victor Hugo Sanchez**                                    Case number (if known)   **21-51206**

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

Debtor 1  **Victor Hugo Sanchez**                     Case number (if known) **21-51206**

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Citadel S.A. Plaza**<br>Business Name | Describe the nature of the business<br>**real property located at 4555 Walzem Rd, interest conveyed to Leobardo Trevino.** | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: 4 7 – 1 2 1 3 8 5 7 |
| **17902 La Cantera Pkwy**<br>Number   Street | Name of accountant or bookkeeper<br>**Kinder Diez & Associates, PLLC** | Dates business existed<br><br>From 2014   To 2019 |
| **San Antonio   TX   78257**<br>City       State  ZIP Code | | |
| **SM3 Investments, Ltd**<br>Business Name | Describe the nature of the business<br>**investments, sold assets consisting of a note at a loss of $280k in 2019 and member interest in LLC at a loss of $60k in 2019** | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: 4 5 – 4 9 7 4 6 2 0 |
| **19141 Stone Oak Pkwy, Ste 104 # 147**<br>Number   Street | Name of accountant or bookkeeper<br>**TBK CPA, LLC** | Dates business existed<br><br>From 2012   To present |
| **San Antonio   TX   78258**<br>City       State  ZIP Code | | |
| **Hygiene Merit, LLC**<br>Business Name | Describe the nature of the business<br>**cleaning service, interest sold in 2019** | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ – ___ ___ ___ ___ ___ ___ ___ |
| <br>Number   Street | Name of accountant or bookkeeper | Dates business existed<br><br>From 2015   To 2019 |
| **McAllen   TX**<br>City       State  ZIP Code | | |
| **Chioggia Oil & Gas, LLC**<br>Business Name | Describe the nature of the business<br>**holds proceeds from rental properties owned by third parties** | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: 2 0 – 4 4 1 0 6 8 9 |
| **19141 Stone Oak Pkwy Ste 104 #147**<br>Number   Street | Name of accountant or bookkeeper<br>**TBK CPA, PLLC** | Dates business existed<br><br>From 2006   To present |
| **San Antonio   TX   78258**<br>City       State  ZIP Code | | |

Debtor 1    **Victor Hugo Sanchez**                 Case number (if known)   **21-51206**

**SM3 Ventures, LLC**
Business Name

**Describe the nature of the business**
owned sports bar in valley

**Employer Identification number**
Do not include Social Security number or ITIN.

**19141 Stone Oak Pkwy #104 #147**
Number    Street

**Name of accountant or bookkeeper**
TBK CPA PLLC

EIN: 4   5 – 4   6   1   2   8   4   8

Dates business existed

**San Antonio**    **TX**   **78258**
City            State   ZIP Code

From    2010    To    2020

**SM3 Entertainment LLC**
Business Name

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Number    Street

**Name of accountant or bookkeeper**

Dates business existed

From _____    To _____

City            State   ZIP Code

**Finek Texas**
Business Name

**Describe the nature of the business**
management of residential rentals in
McAllen

**Employer Identification number**
Do not include Social Security number or ITIN.

**PO Box 1869**
Number    Street

**Name of accountant or bookkeeper**

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From    1982    To _____

**McAllen**    **TX**   **78505**
City            State   ZIP Code

**Ricchi Produce LLC**
Business Name

**Describe the nature of the business**
interest owned through SM3
Investments, Ltd.

**Employer Identification number**
Do not include Social Security number or ITIN.

**15900 La Cantera Pkwy**
Number    Street

**Name of accountant or bookkeeper**

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From    2014    To    2017

**San Antonio**    **TX**   **78257**
City            State   ZIP Code

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include
all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Debtor 1     **Victor Hugo Sanchez**                                    Case number (if known) __21-51206__

## Part 12:     Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____                    X _____
Victor Hugo Sanchez, Debtor 1                              Signature of Debtor 2

Date _Oct 11-2021_                                        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  Victor Hugo Sanchez

Case No.  21-51206 _____

Chapter  7 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................  **$7,500.00**

Prior to the filing of this statement I have received.....................................................  **$7,500.00**

Balance Due................................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)
                          **advanced from son**

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Adversary proceedings, including but not limited to actions to recover assets, avoid liens, recover damages for violations of the automatic stay, determine dischargeability of debt, defend right to discharge**

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10 – 11 – 2021

_____
Date

Michael J. O'Connor
Michael O'Connor Attorney
921 Proton Road
San Antonio, TX 78258
Phone: (210) 729-6009 / Fax: (210) 729-6003

Bar No.  15187400

</div>

X

Victor Hugo Sanchez

**Fill in this information to identify your case:**

Debtor 1    **Victor**      **Hugo**      **Sanchez**
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **21-51206**
(if known)

☐ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carlos Esparza/Bio Alternative Health**<br><br>Description of property securing debt: **owned through SM3 Investments, subject to claims** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Fay Servicing LLC**<br><br>Description of property securing debt: **house and lot, rental property, tenant in default** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Wilmington Savings Fund Society**<br><br>Description of property securing debt: **real property 3309 Kent Lane, McAllen** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1     **Victor Hugo Sanchez**                                    Case number (if known)  **21-51206**

<hr>

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                          **Will this lease be assumed?**

Lessor's name:          **Erick Mendoza**                                       ☐ No
Description of leased   **lease of residence at 7835 Smokey View, Boerne, Texas, month to**       ☑ Yes
property:               **month, oral lease**

<hr>

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____          X _____
Victor Hugo Sanchez, Debtor 1                      Signature of Debtor 2

Date 10/11/2021.                                   Date _____
    MM / DD / YYYY                                      MM / DD / YYYY

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Hugo** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **21-51206**
(if known)

☐ Check if this is an amended filing

---

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                    12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ **No.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ **Yes.** Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ **No.** Go to line 3.

   ☐ **Yes.** Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ **No.** Go to line 3.

       ☐ **Yes.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

   ☐ **Yes.** Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

       ☐ **Yes.** Check any one of the following categories that applies:

           ☐ **I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.**

           ☐ **I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on** _____ **which is fewer than 540 days before I file this bankruptcy case.**

           ☐ **I am performing a homeland defense activity for at least 90 days.**

           ☐ **I performed a homeland defense activity for at least 90 days, ending on** _____ **, which is fewer than 540 days before I file this bankruptcy case.**

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**    **Victor**    **Hugo**    **Sanchez**
First Name    Middle Name    Last Name

☑ 1. There is no presumption of abuse.

**Debtor 2**
(Spouse, if filing) First Name    Middle Name    Last Name

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

**Case number**    **21-51206**
(if known)

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |


Debtor 1 **Victor Hugo Sanchez** Case number (if known) **21-51206**

| | | | | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|---|
| **5.** | **Net income from operating a business, profession, or farm** | | | | | |
| | | **Debtor 1** | **Debtor 2** | | | |
| | Gross receipts (before all deductions) | | | | | |
| | Ordinary and necessary operating expenses | – | – | | | |
| | Net monthly income from a business, profession, or farm | | | **Copy here ➔** | | |
| **6.** | **Net income from rental and other real property** | | | | | |
| | | **Debtor 1** | **Debtor 2** | | | |
| | Gross receipts (before all deductions) | | | | | |
| | Ordinary and necessary operating expenses | – | – | | | |
| | Net monthly income from rental or other real property | | | **Copy here ➔** | | |
| **7.** | **Interest, dividends, and royalties** | | | | | |
| **8.** | **Unemployment compensation** | | | | | |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you................................................................................ ____________

For your spouse.................................................................. ____________

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

Debtor 1    **Victor Hugo Sanchez**

Case number (if known) **21-51206**

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any. + _____ + _____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................Copy line 11 here ➜ 12a. [ _____ ]

Multiply by 12 (the number of months in a year). X   12

12b. The result is your annual income for this part of the form. 12b. [ _____ ]

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [ _____ ]

Fill in the number of people in your household. [ _____ ]

Fill in the median family income for your state and size of household........................................................................... 13. [ _____ ]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

Debtor 1     **Victor Hugo Sanchez**            Case number (if known) **21-51206**

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
Victor Hugo Sanchez, Debtor 1

X _____
Signature of Debtor 2

Date _____
       MM / DD / YYYY

Date _____
       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.