

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 09, 2023.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>VICTOR HUGO SANCHEZ.<br><br>Debtor. | § § § § § § § | Chapter 7<br><br>Case No. 21-51206 |
| DOCTORS HOSPITAL AT RENAISSANCE, LTD. AND RGV MED, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR HUGO SANCHEZ,<br><br>Defendant. | § § § § § § § § § § § § § § | Adversary No. 22-5003 |

## FINAL JUDGMENT

On May 31, 2023, came to be heard Plaintiffs Doctors Hospital at Renaissance, Ltd. and RGV Med, LLC's Motion for Summary Judgment (ECF #43) ("Plaintiff's Motion") and Defendant Victor Hugo Sanchez's Motion for Summary Judgment (ECF #29) ("Defendant's Motion"). After reviewing the Motions, the Court finds that Plaintiffs' Motion should be GRANTED and that Defendant's Motion should be DENIED.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion is granted and Defendant's Motion is denied.

The Court hereby finds that Defendant's debts are non-dischargeable under 11 U.S.C. §§ 727(a)(2) and 727(a)(4)(A) and denies Debtor Victor Hugo Sanchez a discharge in Bankruptcy Case 21-51206.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted herein is denied.

### 

977387.1                                        2

Submitted by:


*/s/ Cassidy Daniels*
Nathan A. Ketterling
TX State Bar No. 24041239
Cassidy Daniels
TX State Bar No. 24097567
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry Ave., Suite 200
San Antonio, Texas 78212
(210) 225-5000
(210) 354-4034 (FAX)
nketterling@rpsalaw.com
cdaniels@rpsalaw.com


and

Michael McGurk
mcgurk@wmcnlaw.com
Walsh McGurk Cordova Nixon, PLLC
1506 S. Lone Star Way, Suite 10
Edinburg, TX 78539
Telephone: (956) 632-5030
Facsimile: (956) 630-5050

**ATTORNEY FOR DOCTORS**
**HOSPITAL AT RENAISSANCE, LTD. AND RGV MED, LLC**

977387.1                                        3