# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-53580-lmc |
|     Sandra Lee Scott-Hood | § | |
| | § | Chapter 13 |
| | § | |
|     DEBTOR | § | |
| | § | Judge: Leif M. Clark |

## DEBTOR'S MOTION TO RECONSIDER AND/OR VACATE ORDER GRANTING MOTION FOR ORDERS CONFIRMING TERMINATION OF AUTOMATIC STAY, *DOCKET NO. 33,* AND FOR ORDER DETERMINING THAT STAY REMAINS IN EFFECT AS TO ACTIONS TAKEN AGAINST PROPERTY OF THE ESTATE.

Now comes Debtor, Sandra Lee Scott-Hood, by and through undersigned counsel, hereby requests this Court vacate its Order Determining Status of Automatic Stay, *Docket No. 33,* entered on March 6, 2012, and that this Court enter an order determining that the Automatic Stay remains in effect as to actions taken against property of the Debtor's Bankruptcy Estate.

The reasons for Debtor's request are more fully set forth in the memorandum below.

Date: <u>March 16, 2012.</u>　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joris Robert Vanhemelrijck
　　　　　　　　　　　　　　　　　　　　　　Joris Robert Vanhemelrijck (24056468)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　*VANHEMELRIJCK LAW OFFICES, LP*.
　　　　　　　　　　　　　　　　　　　　　　1100 N.W. Loop 410, Suite 215
　　　　　　　　　　　　　　　　　　　　　　San Antonio, TX 78213
　　　　　　　　　　　　　　　　　　　　　　Ph: (210) 804-1529
　　　　　　　　　　　　　　　　　　　　　　Fax: (866) 830-3521
　　　　　　　　　　　　　　　　　　　　　　joris@vanlwas.com

**MEMORANDUM IN SUPPORT**

In support if this motion, Debtor would show the Court as follows:

1. Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code on October 11, 2011.

2. Debtor admits having a prior bankruptcy case that was pending within the preceeding one year period but was dismissed prior to this case. As such, pursuant to 11 U.S.C. § 362(c)(3)(A), the automatic stay created under 11 U.S.C. § 362(a) has terminated only with respect to actions taken against the Debtor, but not against actions taken against property of the Estate.

3. Unlike 11 U.S.C. § 362(c)(4)(A)—which is applicable to Debtors with two or more prior cases dismissed within the prior year and which terminates the stay created under 11 U.S.C. § 362(a) in it entirety—the plain language of

    11 U.S.C. § 362(c)(3)(A), which is applicable in Debtor's case, clearly states that the automatic stay created under 11 U.S.C. § 362(a) terminates only with respect to actions taken against the Debtor. While there seems to be confusion amongst the circuit courts as to the ambiguity in the language of 362(c)(3)(A), and whether it terminates the stay in its entirety or partially against the debtor, property of the debtor, or property of the Estate, the majority of courts have found there is no ambiguity in the plain language of 11 U.S.C. § 362(c)(3)(A). In 2008, the 10th Circuit Bankruptcy Appellate Panel succinctly stated "Nowhere in § 362 does Congress use the phrase "with respect to the debtor" as incorporating the debtor, the debtor's separate property, and property of the Estate. In fact, 'section 362(a)

differentiates between acts against the debtor, against property of the debtor and against property of the Estate'." *In re Holcomb*, 380 B.R. 813, 816 (B.A.P. 10th Cir., 2008) (quoting, *In re Jones*, 339 B.R. 360, 363 (Bankr. E.D.N.C. 2006).) Additional support for the distinction between the debtor, property of the debtor, or property of the Estate is found in the 1st Circuit Bankruptcy Appellate Panel's 2006 decision of *In re Jumpp*, wherein that court found these distinctions by stating "Section 362(a) enumerates which acts and actions are stayed, differentiating between the debtor, property of the debtor, and property of the Estate, …" In contrast, a minority of courts have created ambiguity where there is none, when discussing if there are three (3) distinct entities in bankruptcy (the debtor, property of the debtor, or property of the Estate) by arguing "the language of § 362(c)(3)(A) is capable of more than one interpretation and is inconsistent with the overall statutory scheme." *In re Holcomb*, 380 B.R. 813, 815 (B.A.P. 10th Cir., 2008) (quoting, *In re Curry,* 362 B. R. 394, 400-01 (Bankr. N. D. Ill 2007).) The minority has held there is no differentiation between the debtor, the debtor's separate property, and property of the Estate at the time the stay terminates, and have accordingly held the stay terminates in its entirety. See *In re Reswick*, 446 B.R. 362 (B.A.P. 9th Cir., 2011; *In re Jupiter*, 344 B.R. 754 (Bankr. D.S.C. 2006). However, the ambiguity in the language does not exist. The language is quite clear that the stay terminates as to the debtor and her property but not the property of the bankruptcy Estate. (See *In re Holcomb*, 380 B.R. 813, 816 (B.A.P. 10th Cir., 2008) wherein the court held "we conclude that the language of § 362(c)(3)(A) terminates the stay only as to the debtor and the debtor's property."; *In re Jumpp*, 356 B.R. 789, 797 (B.A.P. 1st Cir., 2006), the court held "the automatic

stay remains in effect to the extent that the residence is property of the bankruptcy Estate"; and *In re Jones*, 339 B.R. 360, 365 (Bankr. E.D.N.C. 2006) the oft quoted Judge Smalls held "§ 362(c)(3)(A) terminates the stay with respect to actions taken against the debtor and against property of the debtor, but does not terminate the stay with respect to property of the Estate.")

4. Pursuant to 11 U.S.C. §541 and §1306, upon filing of Debtors current petition for protection under Chapter 13 of the United States Bankruptcy Code, all of Debtor's property vested into the Bankruptcy Estate. Further, pursuant to 11 U.S.C. § 1327(b) & (c) and §1322(b)(9) said property was set to vest back in the Debtor upon confirmation of Debtor's plan, unless, Debtor's plan vests the property back the Debtor at a later date. Debtor's Plan–which complies with the form Chapter 13 Plan used in this jurisdiction–will not vest the property back in the Debtor until the completion of all payments made under the Plan.

5. As such, all of Debtor's property, including but not limited to Debtors home, remains property of the Estate; and thus, actions taken against said property remain to be prohibited by 11 U.S.C. § 362(a).

WHEREFORE Debtor respectfully requests that this Court vacate its Order Determining Status of Automatic Stay, *Docket No. 33*; that this Court enter an order grant Debtor any other relief that this Court deems appropriate.

Date: <u>March 16, 2012.</u>                  <u>/s/ Joris Robert Vanhemelrijck</u>
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, LP*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213

Ph: (210) 804-1529  
Fax: (866) 830-3521  
joris@vanlaws.com

**UNITED STATES BANKRUPTCY COURT FOR**  
**THE WESTERN DISTRICT OF TEXAS**  
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-53580-lmc |
|     Sandra Lee Scott-Hood | § | |
| | § | Chapter 13 |
| | § | |
|     DEBTOR | § | |
| | § | Judge: Leif M. Clark |

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing attached motion was served this date via regular US mail and/or electronically as permitted by the Local Bankruptcy Rules on the parties whose names and full addresses are listed below and for NOTICE that the attached motion has been filed.

Date: <u>March 16, 2012.</u>　　　　　　　　　　/s/ Joris Robert Vanhemelrijck  
　　　　　　　　　　　　　　　　　　　　　　　Joris Robert Vanhemelrijck (24056468)  
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors  
　　　　　　　　　　　　　　　　　　　　　　　*VANHEMELRIJCK LAW OFFICES, LP*.  
　　　　　　　　　　　　　　　　　　　　　　　1100 N.W. Loop 410, Suite 215  
　　　　　　　　　　　　　　　　　　　　　　　San Antonio, TX 78213  
　　　　　　　　　　　　　　　　　　　　　　　Ph: (210) 804-1529  
　　　　　　　　　　　　　　　　　　　　　　　Fax: (866) 830-3521  
　　　　　　　　　　　　　　　　　　　　　　　joris@vanlaws.com

Mary K Viegelahn  
San Antonio Chapter 13 Trustee  
909 NE Loop 410, Suite 400  
San Antonio, TX 78209

United States Trustee - SA12
US Trustee's Office
615 E Houston, Ste 533
PO Box 1539
San Antonio, TX 78295-1539

**Sandra Lee Scott-Hood**
1907 Desert Willow
San Antonio, TX 78227

Air Force Federal Credit Union
1560 Cable Ranch Road, Ste 200
San Antonio, TX 78245

American Education Services
PO BOX 2461
Harrisburg, PA 17105-8147

American Honda Finance
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

American Infsource LP
PO BOX 71083
Charlotte, NC 28272

AT&T
PO BOX 769
Arlington, TX 76004

AT&T U-VERSE
PO BOX 1857
Alpharetta, GA 30023

Attorney General
Child Support
P.O. Box 12017
Austin, TX 78711


B-Line, LLC
Po Box 911121
Dept 550
Seattle, WA 98111


Bank Of America
Po Box 15026
Wilmington, DE 19850-5026


Bexar County
c/o Donald P. Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navaro, Suite 300
San Antonio, TX 78205


BHS Physicians Network Inc
PO BOX 840081
Dallas, TX 75284


Burg Simpson Eldridge PC
40 iverness Drive East
Englewood, CO 80112


Capella University
Capella Tower
225 South 6th Street, 9th Floor
Minneapolis, MN 55402


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CBA Collecttion Bureau
Po Box 5013
Hayward, CA 94540


Chase
Po Box 15298
Wilmington, DE 19850


Chase Home Mortgage
c/o BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, L.L.P.
1900 St. James Place, Ste 500
Houston, TX 77056


Chase Manhattan Mortgage
3415 Vision Dr
Columbus, OH 43219


Citibank
Attn: Citicorp Credit Services,
7920 NW 110th Street
Kansas City, MO 64153


Citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Student Loans
Attn: Bankruptcy
Po Box 6191
Sioux Falls, SD 57117


Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195

Citifinancial
Bankruptcy Department
P.O. Box 140069
Irving, TX 75014-0069


Clifford & Wills
Po Box 2210
Portland, OR 97208


Conns Credit Corp
3295 College St
Beaumont, TX 77701


Credit Management
4200 International Pwy
Carrolton, TX 75007


Department of Education
Po Box 9635
Wilkes Barre, PA 18773


Diversified Adjustment
600 Coon Rapids Blvd NW
Minneapolis, MN 55433


DSRM National Bank
Po Box 631
Amarillo, TX 79105


eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480


ECMC
Po Box 75906
Saint Paul, MN 55175

Equifax
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 9701
Allen, TX 75013

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

GE Money Bank
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Great American Recipes
Po Box 26596
Lehigh Valley, PA 18002

HSBC
P.O. Box 2013
Buffalo, NY 14240

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

HUD
800 Dolorosa Street #417
San Antonio, TX 78207-4563

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Law Office of Francisco M. Sepeda
1837 Fredericksburg Rd
San Antonio, TX 78201


Medical Interest Inc
4319 Medical Dr #213
San Antonio, TX 78229


Melissa Ortiz
115 E. Travis #114
San Antonio, TX 78205


Merrick Bank
c/o Resurgent Capital Services
PO BOX 10368
Greenville, SC 29603


Methodist Hospital
PO Box 99400
Louisville, KY 40269


Methodist Hospital
7700 Floyd Curl Dr
San Antonio, TX 78229


Military Star
AAFES
Po Box 650060
Dallas, TX 75265

NCO Financial Services
PO Box 15393
Wilmington, DE 19850


North Star Capital
Aquisitions LLc
c/o Jefferson Capital Systems
Po Box 7999
Saint Cloud, MN 56302


North Star Capital Acquisitions LLC
c/o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302


Palisades Collection, LLC
PO BOX 19249
Sugar Land, TX 77496


Performance Capital Management
PO BOX 4115
Concord, CA 94524


Premier Auto Finance
Attn: Bankruptcy
Po Box 3999
St Joseph, MO 64503


Propia Persona
1700 Jackson Keller Rd, Apt 604
San Antonio, TX 78213-3253


Recovery Management Systems Corp
25 SE 2nd Ave, Ste 1120
Miami, FL 33131

Roundup Funding LLC
MS 550
PO BOX 91121
Seattle, WA 98111

Sallie Mae Servicing
PO Box 9430
Wilkes Barre, PA 18773

Sallie Mae Servicing
TGSLC
P.O. Box 83100
Round Rock, TX 78683

Security Service FCU
Po Box 691510
San Antonio, TX 78269

Security Service-ins
Po Box 691510
San Antonio, TX 78269

South Texas MRI
7930 Floyd Curl Drive # 2
San Antonio, TX 78229-3925

South Texas Radiology Group
7950 Floyd Curl Dr Ste SL-21
San Antonio, TX 78229

Stores Online
1303 North Research Way, Bldg. K
Orem, UT 84097

Stores Online
1303 North Research Way, Bldg. K
Orem, UT 84097


Sw Diagnostic Center
88 Briggs Ave Suite 110
San Antoino, TX 78224


Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440


Texas Comptroller
PO Box 13528
Austin, TX 78711-3528


Texas Workforce
101 E 15th Room 330
Austin, TX 78701


Time Warner Cable
PO Box 460849
San Antonio, TX 78246


Trans Union
PO Box 2000
Chester, PA 19022


UDSC, LLC
PO BOX 148
Saint Joseph, MO 64502


United Data Services
702 Felix St
Saint Joseph, MO 64501

United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney
SOCIAL SECURITY ADMINISTRATION
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney
IRS/HUD/VA/Department of Education
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Attorney General
IRS/HUD/VA/Department of Education
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Attorney General
SOCIAL SECURITY ADMINISTRATION
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


USA Funds
Attn: Bankruptcy
11100 USA Parkway
Fishers, IN 46037

VA Regional Office
Office of District Counsel
2515 Murworth Drive
Houston, TX 77054


Washington Mutual
Po Box 15298
Wilmington, DE 19850


Wells Fargo
PO Box 7648
Boise, ID 83707